IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CRISTY HALL GARCIA                                                                           PLAINTIFF

vs.                                            Civil No. 1:09-cv-01030

MICHAEL J. ASTRUE                                                                        DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 10th day of May 2010, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

   **IT IS SO ORDERED**.

                                                            /s/  Barry A. Bryant
                                                            HON. BARRY A. BRYANT
                                                            U. S. MAGISTRATE JUDGE